UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WILLIAM BLOHM,

Petitioner,

v.

CONSTANCE REESE, Warden,
FMC Rochester, MN,

Respondent.

Civil No. 01-533 (DWF/JGL)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY HABEAS CORPUS SHOULD NOT BE GRANTED**

Petitioner having filed an application for writ of habeas corpus under 28 U.S.C. § 2241 claiming that Respondent is detaining him in a federal prison facility in violation of his rights under federal law and the United States Constitution;

**IT IS HEREBY ORDERED** that respondent shall file a response to petitioner's application within thirty (30) days of the date of this Order. Such response shall address the merits of petitioner's claims in light of relevant decisions of the United States Supreme Court and the United States Court of Appeals for the Eighth Circuit. The response shall also include copies of petitioner's prison records and other documentation that may be material to the claims presented in the petition.

Dated: April 3, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED APR - 3 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK