**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

WILLIAM BLOHM, Civil No. 01-533 (DWF/JGL)

Petitioner,

v. **ORDER**

CONSTANCE C. REESE, Sued as
Constance Reese, Warden, FMC, Rochester, MN,

Respondent.

---

William Blohm, Pro Se, #01462-050, Federal Medical Center, Box 4000, Rochester, MN 55903, Petitioner.

Gregory Brooker, Assistant United States Attorney, 600 U.S. Courthouse, 300 4th Street South, Minneapolis, MN 55415, counsel for Respondent.

---

On May 16, 2001, the Clerk of Court recieved and filed Petitioner's Objections to Report and Recommendation (Doc. No. 7) but no Report and Recommendation has been filed. To eliminate confusion and allow proper objections when the Magistrate Judge issues his Report, this filing should be withdrawn. Therefore,

**IT IS ORDERED** THAT:

1. The Clerk of Court is directed to remove Petitioner's Objections to Report and Recomendations (Doc. No. 7) from the official file in this matter and return it to the Petitioner by U.S. mail.

Dated: May 21, 2001

DONOVAN W. FRANK
United States District Court Judge

FILED MAY 22 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK