**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

WILLIAM BLOHM, Civil No. 01-533 (DWF/JGL)

Petitioner,

v. **ORDER**

CONSTANCE REESE, Warden,
Federal Medical Center, Rochester,
Minnesota,

Respondent.

---

William Blohm, *pro se*, #1462050, Federal Medical Center, Box 4000, Rochester, MN 55903, Petitioner.

Gregory G. Brooker, Esq., Assistant United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Respondent.

---

Based upon the Report and Recommendation by United States Magistrate Judge Jonathan Lebedoff dated January 16, 2002; all the files, records and proceedings herein; and no objections having been filed to that Report and Recommendation,

**IT IS HEREBY ORDERED** that Petitioner William Blohm's Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED**, and the case is **DISMISSED WITH PREJUDICE.**

Dated: February 19th, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed FEB 19 2002
Richard D. Sletten, Clerk
Judgment Entered FEB 19 2002
Deputy Clerk's Initials ______

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995